

Rocco G. Avallone*
Christopher F. Bellistri
Alexander DeMarchena
_____

OF COUNSEL:

George Fontana
Christopher Lynch
Wendy Salman-Herlands
Joe Stancati
Michael Stea
Alexander Tapia
Christopher Todd

*MEMBER OF NY AND CT BAR

3000 Marcus Avenue, Suite 3E07
Lake Success, New York 11042
Tel.: (516) 986-2500 • Fax: (516) 986-2501
www.lawyersAB.com

June 28, 2023

Via PACER E-Filing:
Hon. Alvin K. Hellerstein, District Judge
Courtroom 14D
United States Courthouse
500 Pearl Street
New York, NY 10007

The conference is adjourned to July 14, 2023 at 10:00 a.m. The Clerk shall terminate ECF Nos. 13 and 14.

SO ORDERED.

/s/ Alvin Hellerstein
June 29, 2023

Re:  **Aixamary John v. City of New York, et al.**
     **Case Action No. 22-cv-7896**
     **Request for Adjournment of Initial Conference**

Dear District Judge Hellerstein:

   The undersigned represents the plaintiff in the above matter, which is scheduled for an initial conference at 10:00 a.m. on June 30, 2023, pursuant to your Honor's Scheduling Order dated May 24, 2023. The undersigned, Rocco G. Avallone, was prepared to appear on behalf of the plaintiff. Due to a recent death in my family, I am attending services the morning of June 30, 2023, and therefore am requesting an adjournment of the initial conference. This is the first request for an adjournment in this matter.

   The undersigned has called opposing counsel's office but has not been able to obtain consent. Thank you for your consideration.

                                                           Very truly yours,

                                                           /s/ Rocco G. Avallone
                                                           Rocco G. Avallone, Esq.

CC:  David Victor Holmes, daholmes@law.nyc.gov
     Maxwell Douglas Leighton, mleighto@law.nyc.gov
     Attorneys for Defendants